# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH DONNEY,** | Case No. CV 13-00269 PA (AGR) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| **DR. JEFFREY BEARD,** | |
| Defendant. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed without prejudice. Each party is to bear his or her own costs, fees and expenses of any type, including attorney's fees. There is no prevailing party in this action.

**IT IS SO ORDERED.**

Dated: February 12, 2013

_____
The Hon. Percy Anderson